

# Fourth Court of Appeals
## San Antonio, Texas

July 7, 2016

No. 04-16-00424-CV

**IN RE RPH CAPITAL PARTNERS, LP**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Karen Angelini, Justice
                   Patricia O. Alvarez, Justice
                   Luz Elena D. Chapa, Justice

On June 30, 2016, Relator filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition in this court no later than July 22, 2016.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on July 7, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2016-CI-05251, styled *Peridot Joint Venture, Millennium Exploration Company, LLC and Richard Monroy v. RPH Capital Partners, LP*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.